# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| AJANI POSEY, | : | No. 22 MAP 2026 |
| | : | |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHRISTINE EINERSON, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 21st day of April, 2026, the Notice of Appeal is QUASHED, as the Commonwealth Court's order is not final or immediately appealable. *See* Pa.R.A.P. 341(b) (definition of a final order); Pa.R.A.P. 311, Note (specifying that an appeal as of right under Rule 311(c) does not extend to transfer orders under 42 Pa.C.S. § 5103).